ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 4 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SALVADOR SALGADO-GALLARDO | Criminal Indictment<br><br>No. 1:14CR0410 |

THE GRAND JURY CHARGES THAT:

On or about October 8, 2014, in the Northern District of Georgia, the defendant, SALVADOR SALGADO-GALLARDO, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General, or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A _____ live _____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
 United States Attorney

JENNIFER KEEN
 Special Assistant United States Attorney
Georgia Bar No. 231778
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181